IN the INTEREST OF: D.N.P., a Minor

1963 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–51–AP–0000254–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: B.A.P., a Minor

1964 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–51–AP–0000253–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: K.D.P., a Minor

1965 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–51–AP–0000243–2016 (Philadelphia)

Affirmed

COM.

v.

FRATICELLI, J.

1997 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–23–CR–0004827–1994 (Delaware)

Affirmed

COM.

v.

ABDULLAH, N.

2029 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

Reargument Denied 7/21/2017

CP–51–CR–0601182–1995 (Philadelphia)

Affirmed

